IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION, <br><br> Plaintiff, Counterclaim Defendant, <br><br> v. <br><br> TRUIST BANK, <br><br> Defendant, Counterclaim Plaintiff. | Civil Action No. 2:22-cv-00291 |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff United Services Automobile Association ("Plaintiff" or "USAA") and Defendant Truist Bank ("Defendant" or "Truist") jointly file this Unopposed Motion to Stay All Deadlines and Notice of Settlement and respectfully move this Court to stay all unreached deadlines for thirty (30) days.

Plaintiff and Defendant hereby notify the Court that all matters in controversy between the parties have been resolved, in principle, and the parties respectfully request that the Court stay all unreached deadlines contained in the Court's Docket Control Order (Dkt. 43) for thirty (30) days so that the agreement can be finalized, and appropriate dismissal papers submitted.

Respectfully submitted,

Dated: October 5, 2023

*/s/ Robert Christopher Bunt*
Jason G. Sheasby (CA #205455) (*Pro Hac Vice*)
Lead Attorney
Lisa S. Glasser (CA #223406) (*Pro Hac Vice*)
Rebecca L. Carson (CA #254105) (*Pro Hac Vice*)
Stephen M. Payne (CA#310567) (*Pro Hac Vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Tel.: (310) 203-7096
Fax: (310) 203-7199
jsheasby@irell.com
lglasser@irell.com
rcarson@irell.com
spayne@irell.com

Robert Christopher Bunt
PARKER, BUNT & AINSWORTH, P.C.
Texas State Bar No. 00787165
100 E. Ferguson Suite 418
Tyler, Texas 75702
Tel.: (903) 531-3535
rcbunt@pbatyler.com

**ATTORNEYS FOR PLAINTIFF UNITED SERVICES AUTOMOBILE ASSOCIATION**

*/s/ Lionel M. Lavenue (with permission)*
Lionel M. Lavenue
Virginia Bar No. 49,005
Elliot C. Cook
Bradford Schulz
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
1875 Explorer St., Suite 800
Reston, VA 20190
(571) 203-2700
lionel.lavenue@finnegan.com
elliot.cook@finnegan.com
bradford.schulz@finnegan.com

Kara A. Specht
Georgia Bar No. 881687
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
271 17th Street, NW, Suite 1400
Atlanta, GA 30363-6209
(404) 653-6400
kara.specht@finnegan.com

Cara E. Regan (*pro hac vice*)
Finnegan, Henderson, Farabow,
Garrett & Dunner, LLP
901 New York Ave., NW
Washington, D.C. 20001
Phone: (202) 408-4000
Fax: (202) 408-400
cara.regan@finnegan.com

David R. Marriott (*pro hac vice*)
Sharonmoyee Goswami (*pro hac vice*)
Michael Addis (*pro hac vice*)
Daniel Slifkin (*pro hac vice*)
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
dmarriott@cravath.com
sgoswami@cravath.com
maddis@cravath.com
dslifkin@cravath.com


Deron R Dacus
The Dacus Firm, PC
821 ESE Loop 323
Suite 430
Tyler, TX 75701
903/705-1117
ddacus@dacusfirm.com

*Attorneys for Defendant Truist Bank*

**CERTIFICATE OF CONFERENCE**

On October 5, 2023, pursuant to Local Rule CV-7(h), counsel for Plaintiff met and conferred with counsel for Defendant, and counsel for Defendant advised that they do not oppose and that they agree with the filing of this motion and the attached proposed order.

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2023, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt